# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| NEEDUM ROGERS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV614-117 |
| TOOMBS COUNTY BOARD OF EDUCATION, | ) |
| Defendant. | ) |

## ORDER

Twice now the Court has ordered Title VII plaintiff Needum Rogers to cooperate with counsel for the defendant, the Toombs County Board of Education, in producing a Fed. R. Civ. P. 26(f) Report. *See* doc. 2 at 1 (ordering the parties to confer under that rule); doc. 12 at 7 ("Plaintiff is DIRECTED to cooperate with defense counsel in producing a joint Rule 26(f) report or risk sanctions, including dismissal of his case."). Twice he has failed to comply. Docs. 9 & 13 (Rogers' two *non*-jointly filed Rule 26(f) reports); *see also* doc. 14 (defendant's "Motion to Clarify 'Joint Rule 26(f) Report'" explaining missed phone calls and failure to confer regarding the attempt to file a *joint* Rule 26(f) Report).

The Court's first directive was in its General Order issued while Rogers was represented in this case. Doc. 2; *see also* doc. 8 (order granting his attorney's withdrawal). The Court thus has reason to overlook plaintiff's first violation because he was represented and perhaps had no cause to read that order (though withdrawing counsel was obligated to instruct him about his responsibilities). But the second Order, as excerpted above, specifically addressed him. Hence, the Court is reluctant to excuse plaintiff's second violation.

Nevertheless, it will give him one more chance. Accordingly, the Court **GRANTS** defendant's "clarification" motion (doc. 14) and **ORDERS** plaintiff to cooperate with defense counsel in producing a *joint* Rule 26(f) report or face sanctions, including dismissal of his case. That Report is due within 14 days of the date on which this Order is served. As part of this effort, each party is **DIRECTED** to promptly and timely return each other's phone calls (if not emails) and in good faith avoid "telephone tag" in getting this simple task accomplished.

**SO ORDERED**, this 5th day of March, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2