UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

NEEDUM ROGERS,      )
            )
   Plaintiff,       )
            )
v.             )   Case No. CV614-117
            )
TOOMBS COUNTY      )
BOARD OF EDUCATION,    )
            )
   Defendant.      )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the

Magistrate Judge's Report and Recommendation, to which no objections have been filed.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of

the Court.

   **SO ORDERED** this _1st_ day of June, 2015.

                HONORABLE J. RANDAL HALL
                UNITED STATES DISTRICT JUDGE
                SOUTHERN DISTRICT OF GEORGIA